UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARWIN JOSE CARTAYA ARMADA (A-240-037-570),<br>Petitioner,<br>v.<br>CHRISTOPHER CHESTNUT, et al.,<br>Respondents. | No. 1:26-cv-01449-DC-CKD (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 17) |

Petitioner, an immigration detainee, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 1, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (Doc. No. 17.) On September 14, 2026, Respondents objected to the findings and recommendations on the basis that Petitioner's Temporary Protected Status was previously terminated. (Doc. No. 19.) On September 28, 2026, Petitioner filed a response to Respondents' objections. (Doc. No. 20.)

Respondents' arguments were already addressed and rejected by the magistrate judge and the undersigned in this case. (Doc. Nos. 13, 17.) Thus, Respondents provide no basis upon which

to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 1, 2026 (Doc. No. 17), are ADOPTED;
2. The petition for writ of habeas corpus (Doc. No. 1) is GRANTED;
3. The preliminary injunctive relief previously granted (Doc. No. 13) is made permanent;
4. This order does not address the circumstances in which Respondents may detain Petitioner in the event Petitioner becomes subject to an executable final order of removal, and Petitioner receives notice of that final order of removal; and
5. The Clerk of the Court is directed to enter judgment for Petitioner and close this case.

IT IS SO ORDERED.

Dated: **October 26, 2026**

Dena Coggins
United States District Judge